IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |  |
|---|---|---|
| **FRANKIE McCRARY,** | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:16cv645-MHT |
| | ) | (WO) |
| **ROBERT BENTLEY, Governor,** | ) | |
| **et al.,** | ) | |
| | ) | |
|    Defendants. | ) | |

### ORDER

Upon consideration of plaintiff's objections (doc. no. 18) to various orders of the United States Magistrate Judge, it is ORDERED that the objections are overruled.

It is further ORDERED that plaintiff's motion for a stay (doc. no. 18) pending interlocutory appeal is denied, because an interlocutory appeal on the issues raised by plaintiff would be frivolous.

DONE, this the 15th day of November, 2016.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**