IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| FRANKIE McCRARY, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv645-MHT |
| | ) | (WO) |
| ROBERT BENTLEY, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

**ORDER**

Upon consideration of plaintiff's "Order on Motion" (doc. no. 34), in which he states that he wishes to dismiss this case, and which the court construes as a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is ORDERED that:

(1) This lawsuit is dismissed in its entirety without prejudice, with no costs taxed.

(2) All pending motions are denied as moot.

This case is closed.

DONE, this the 11th day of August, 2017.

                              /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**